1  PHILLIP A. TALBERT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                 IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          **CASE NO.  1:20-CR-00174 NODJ-BAM**

12                 Plaintiff,          STIPULATION TO VACATE STATUS
                                       CONFERENCE AND SET CHANGE OF PLEA
13      v.                             HEARING; ORDER

14 FRANCISCO VEGA-GUZMAN,
   JUAN MARTINEZ-REYES,
15

16                 Defendants.

17

18      Plaintiff, the United States, by and through its counsel of record, and the defendants, by and

19 through their counsel of record, hereby stipulate as follows:

20      1.      By previous order, this case was set for status on April 24, 2024.

21      2.      The United States and defendants, Francisco Vega-Guzman and Juan Martinez Reyes,

22 request that the Court vacate the status conference as to them only, and set this matter for a change of

23 plea hearing on June 5, 2024.  The defendants move to exclude time from April 24, 2024, through June

24 5, 2024, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

25      3.      The parties stipulate and request that the Court make the following findings:

26           a)      The government has produced discovery to defense counsel and made other items

27 available for inspection and copying.

28           b)      Defense counsel desires additional time to finalize the plea agreement, prepare for

the change of plea hearing, and prepare for sentencing.

        c)     Defense counsel believes that failure to grant the above-requested continuance will deny them necessary and reasonable time for effective preparation.

        d)     Based on the above findings, the ends of justice served by continuing the trial as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    4.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the period of April 24, 2024, through June 5, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: April 17, 2024

                         PHILLIP A. TALBERT
                         United States Attorney

                         /s/ *Antonio J. Pataca*
                         ANTONIO J. PATACA
                         Assistant United States Attorney

Dated:  April 17, 2024

                         /s/ *Daniel Harralson*
                         Attorney for Defendant Francisco Vega-Guzman

Dated: April 17, 2024

                         /s/ *Nicholas Reyes*
                         Attorney for Defendant Juan Martinez-Reyes

1

## <u>ORDER</u>

2     IT IS SO ORDERED that the status conference set for April 24, 2024, is vacated. A change of plea

3  hearing is set for **June 5, 2024 at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is

4  excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

5  IT IS SO ORDERED.

6     Dated:   **April 18, 2024**                        /s/ *Barbara A. McAuliffe*

7                                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO SET CHANGE OF PLEA
HEARING                                     3