1  PHILLIP A. TALBERT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              **CASE NO.  1:20-CR-00174 NODJ-BAM**

12                        Plaintiff,        STIPULATION TO CONTINUE CHANGE OF
                                            PLEA HEARING; ORDER
13            v.

14  FRANCISCO VEGA-GUZMAN,

15
                          Defendant.
16

17
          Plaintiff, the United States, by and through its counsel of record, and the defendants, by and
18
   through their counsel of record, hereby stipulate as follows:
19
          1.     By previous order, this case was set for a change of plea hearing on June 5, 2024.
20
          2.     The defendant, Francisco Vega-Guzman, request that the Court continue the change of
21
   plea hearing to July 15, 2024.  The defendant moves to exclude time from June 5, 2024, through July 15,
22
   2024, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).
23
          3.     The parties stipulate and request that the Court make the following findings:
24
          a)     The government has produced discovery to defense counsel and made other items
25
   available for inspection and copying.
26
          b)     Defense counsel desires additional time to finalize the plea agreement, prepare for
27
   the change of plea hearing, and prepare for sentencing.
28
          c)     Defense counsel believes that failure to grant the above-requested continuance

STIPULATION TO CONTINUE CHANGE OF
PLEA HEARING                                    1

1    will deny them necessary and reasonable time for effective preparation.

2              d)       Based on the above findings, the ends of justice served by continuing the trial as

3    requested outweigh the interest of the public and the defendant in a trial within the original date

4    prescribed by the Speedy Trial Act.

5         4.       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,

6    within which trial must commence, the period of June 5, 2024, through July 15, 2024, inclusive, is

7    deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) because it results from a

8    continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends

9    of justice served by taking such action outweigh the best interest of the public and the defendant in a

10   speedy trial.

11

12

13   Dated: May 30, 2024                                    PHILLIP A. TALBERT
                                                            United States Attorney

14                                                           /s/ *Antonio J. Pataca*

15                                                          ANTONIO J. PATACA
                                                           Assistant United States Attorney

16

17

18   Dated:  May 30, 2024                                  /s/ *Daniel Harralson*
                                                           Attorney for Defendant Francisco Vega-Guzman

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2       IT IS SO ORDERED that the change of plea hearing is continued from June 5, 2024, to **July 15,**

3   **2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to 18

4   U.S.C.§ 3161(h)(7)(A), and B(iv).

5
    IT IS SO ORDERED.
6

7       Dated:   **May 30, 2024**                    /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CHANGE OF
PLEA HEARING                                    3