1  PHILLIP A. TALBERT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00174 NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |
| v. | |
| FRANCISCO VEGA-GUZMAN, | |
| Defendant. | |

Plaintiff, the United States, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for a change of plea hearing on July 15, 2024.

2. The defendant, Francisco Vega-Guzman, request that the Court continue the change of plea hearing to July 17, 2024. The defendant moves to exclude time from July 15, 2024, through July 17, 2024, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

3. The parties stipulate and request that the Court make the following findings:

   a) The government has produced discovery to defense counsel and made other items available for inspection and copying.

   b) The Court is unavailable to conduct the change of plea hearing on July 15, 2024.

   c) Additionally, defense counsel desires additional time to prepare for the change of plea hearing and prepare for sentencing.

STIPULATION TO CONTINUE CHANGE OF
PLEA HEARING                                    1

    d)  Defense counsel believes that failure to grant the above-requested continuance will deny them necessary and reasonable time for effective preparation.

    e)  Based on the above findings, the ends of justice served by continuing the trial as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  4.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the period of July 15, 2024, through July 17, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: June 28, 2024           PHILLIP A. TALBERT
                      United States Attorney

                      /s/ *Antonio J. Pataca*
                      ANTONIO J. PATACA
                      Assistant United States Attorney


Dated:  June 28, 2024           /s/ *Daniel Harralson*
                      Attorney for Defendant Francisco Vega-Guzman

**ORDER**

IT IS SO ORDERED that the change of plea hearing is continue from July 15, 2024 to **July 17, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv).

IT IS SO ORDERED.

Dated: **July 1, 2024**            /s/ *Barbara A. McAuliffe*
            UNITED STATES MAGISTRATE JUDGE