Daniel L. Harralson, SBN #109322
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney For Defendant: Francisco Vega-Guzman

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>         v.<br><br>FRANCISCO VEGA-GUZMAN,<br><br>                        Defendant. | Case No.  1:20-CR-00174-NODJ-BAM-4<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER**<br><br>Sentencing Date: November 6, 2024<br>Time: 8:30 a.m.<br>Courtroom: 5 |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Sentencing Hearing in the above captioned matter now set for November 6, 2024, at 8:30 a.m., may be continued to February 12, 2025, at 8:30 a.m., in Department 5 of the United States District Court.

The continuance is requested by counsel for Defendant, Francisco Vega-Guzman, to allow additional time for the preparation of a more detailed Defense Sentencing Memorandum on Defendant's behalf.

\\\
\\\
\\\

**IT IS SO STIPULATED.**

LAW OFFICE OF DANIEL L. HARRALSON

Dated October 3, 2024        /s/ Daniel L. Harralson
                             Daniel L. Harralson, Esq.
                             Attorney for Defendant, Francisco Vega-Guzman

PHILLIP A. TALBERT
United States Attorney

Dated October 3, 2024        /s/ Antonio J. Pataca
                             Antonio J. Pataca
                             Assistant United States Attorney

### ORDER

IT IS SO ORDERED that the sentencing hearing is continued from November 6, 2024, to **February 10, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **October 4, 2024**            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE