Daniel L. Harralson, SBN #109322
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney For Defendant: Francisco Vega-Guzman

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO VEGA-GUZMAN,<br><br>Defendant. | Case No.  1:20-CR-00174-NODJ-BAM-4<br><br>**DEFENDANT'S MOTION TO EXONERATE BOND; ORDER** |

Defendant, Francisco Vega-Guzman hereby moves this Court to exonerate the bond that was posted in this matter, pursuant to Rule 46 of the Federal Rules of Criminal Procedure.

On October 6, 2020, the District Court granted Mr. Vega-Guzman's motion to revoke the order of detention. *See* Dkt. No. 35 (hearing minutes); Dkt. No. 45 (Appearance and Compliance Bond); Dkt. No. 36 (Order Setting Conditions of Release). In relevant part, the Court ordered Mr. Vega-Guzman released on a $8,000.00 bond secured by the posting of a vehicle pink slip, *See* Dkt. No. 35,45.

The pink slip was provided to the clerk's office by Defendants' wife, on behalf of Mr. Vega-Guzman, on October 8, 2020. *See* Dkt. No. 43.

| 10/08/2020 | 43 | COLLATERAL RECEIVED as to Francisco Vega-Guzman: Certificate of Title - Pink Slip from Zendejas Guillen Jasmine, 2012 Chevy, CA LP# 8NLY340, VIN# 320425. (Rivera, O) (Entered: 10/08/2020) |
|---|---|---|

Mr. Vega-Guzman remained out of custody for nearly four years and six months without violating the terms of his pretrial release. There was no litigation as to pretrial violations during the pendency of the case. On July 17, 2024, Mr. Vega-Guzman entered a plea agreement, and on March 10, 2025, this Court sentenced him to serve 60 months in custody, with a term of 12 months of supervised release to follow. *See* Dkt. No. 246 (plea agreement); Dkt. No. 251 (sentencing hearing minutes).

The Bureau of Prisons' inmate locator confirms that Mr. Vega-Guzman is currently serving his sentence in Lompoc, California. Mr. Vega-Guzmans Register Number is 79212-097.

Mr. Vega-Guzman in no longer on pretrial release and thus no conditions remain to be satisfied, it is request that the Court exonerate the bond and order the return of the Certificate of Title to the owner, Zendejas Guillen Jasmine, forthwith.

**LAW OFFICE OF DANIEL L. HARRALSON**

Dated September 15, 2025          /s/ Daniel L. Harralson
                                 Daniel L. Harralson, Esq.
                                 Attorney for Defendant, Francisco Vega-Guzman

--------------------------------------------------------------------

**ORDER**

**-----**

The Court finds that Francisco Vega-Guzman has complied with the conditions of his bond and that no conditions remain to be satisfied.  Accordingly, the bond in the above-captioned matter is exonerated and the Clerk of the Court shall return the certificate of title to the original owner(s), whose mailing address is on file with the Office of the Federal Defender.

IT IS SO ORDERED.

Dated:  __**February 5, 2026**__          _____
                                 DALE A. DROZD
                                 UNITED STATES DISTRICT JUDGE